UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREEN SAGE MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 22-cv-03970-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 8 |

Before the Court is Plaintiff Environmental Democracy Project's motion for a preliminary injunction.  ECF No. 8.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for August 25, 2022, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 15, 2022



　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　United States District Judge