LEXINGTON LAW GROUP
Howard Hirsch (State Bar No. 213209)
Lucas Williams (State Bar No. 268514)
Jacob Janzen (State Bar No. 313474)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
lwilliams@leglawgroup.com
jjanzen@lexlawgroup.com

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT, a California not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREEN SAGE MANAGEMENT, LLC, a Colorado Limited Liability Corporation,<br><br>Defendant. | Case No. 4:22-cv-03970-JST<br><br>Assigned to Honorable Judge Jon S. Tigar<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)] AND [PROPOSED] ORDER** |

# STIPULATION OF DISMISSAL

Plaintiff Environmental Democracy Project and Defendant Green Sage Management, LLC, by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a) that this action be dismissed without prejudice as to all claims, causes of action, and parties, each party to bear their own costs, expenses, and fees.

Dated:   April 19, 2023                    Respectfully submitted,

LEXINGTON LAW GROUP

 */s/ Lucas Williams*
Lucas Williams

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

Dated:   April 19, 2023                    DOWNEY BRAND LLP

Darrin Gambelin
Attorneys for Defendant
GREEN SAGE MANAGEMENT LLC

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a), IT IS SO ORDERED that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties. The Clerk of the Court is directed to dismiss this matter without prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: ____April 20____, 2023

_____
Hon. Judge Jon S. Tigar
United States District Judge