UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREEN SAGE MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 22-cv-03970-JST<br><br>**ORDER RE: DISBURSEMENT OF FUNDS** |

Plaintiff was required to deposit funds into the Court registry for a bond in support of the preliminary injunction. ECF No. 21. Now that the case is closed, the Clerk is directed to return all funds remaining in the registry for this case, along with all accrued interest, to Plaintiff.

The Clerk shall issue a check for the total amount to "Lexington Law Group" and send the check to: Lexington Law Group, 503 Divisadero Street, San Francisco, CA 94117-2212.

**IT IS SO ORDERED.**

Dated: January 31, 2024

_____
JON S. TIGAR
United States District Judge